No. 663. WRIGHT *v.* UNITED STATES. Fifth Circuit. De-

nied May 20, 1901. *Mr. J. D. Rouse, Mr. Wm. Grant* and *Mr. H. M. Jordan* for petitioners. *Mr. Attorney General, Mr. Solicitor General* and *Mr. W. W. Howe* opposing.